*E-FILED - 1/5/11*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NGUESSAN YAO,<br><br>　　　　　Defendant. | Case No. CR 10-00434 RMW<br><br>XXXXXXXXX ORDER TO CONTINUE STATUS CONFERENCE |

BASED ON THE REPRESENTATION OF COUNSEL AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above entitled matter be rescheduled from January 10, 2011 at 9.00 a.m. to February 7, 2011 at 9.00 a.m.

It is further ordered that the time between January 10, 2011 and February 7, 2011 be excluded, this case having previously been declared complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

Dated: 1/5/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

XXXXXXXXX ORDER TO CONTINUE STATUS CONFERENCE
*United States v. Nguessan Yao*, CR 10-00434 RMW

1