***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Irene Rodriguez

**DATE:** March 28, 2011      **TIME:** 9:00 am   *(Time: 2 mins.)*

**CRIMINAL NO.:** CR-10-00434-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NGUESSAN YAO
      **APPEARANCES:**            (N/A)

**PLTF:** AUSA: G. Fry      **DEFT:** No Appearance

**COURT ACTION:** STATUS CONFERENCE

Hearing Held. The parties submitted a stipulation for continuance. The Court continued this matter to 4/25/11 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation to 4/25/11. Government to prepare exclusion order.

            */s/ Jackie Garcia*
            **JACKIE GARCIA**
            **Courtroom Deputy**