MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

*E-FILED - 6/2/11*

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-00434 RMW |
| Plaintiff ) | STIPULATIONS RE: (1) STATUS HEARING; AND (2) DISCOVERY COMPLIANCE DATE |
| v. ) | |
| NGUESSAN YAO, ) | Date: N/A |
| Defendant ) | Time: N/A |
| | Court: Honorable Ronald M. Whyte |

     COMES NOW THE United States of America, plaintiff herein, represented by Assistant United States Attorney Gary G. Fry, and defendant Nguessan Yao, represented by Raymond Levites, Esq. and Thomas Nolan, Esq., and file their stipulations regarding the setting of a status hearing, and a new discovery compliance date.

     The parties have had a chance to confer. Both parties agree that the court may take the status hearing currently set for Monday, April 25, 2011, off calendar, and re-set it for Monday, May 23, 2011, at 9:00 a.m. Both parties further agree that the United States' pending motion to continue the discovery compliance date, currently under submission with the court pending Mr. Levites return to the United States, may be granted, but that the new discovery compliance date

will be Monday May 30, 2011 (a different date than originally suggested).

    Defense counsel informed the undersigned that I may represent to the court their positions on both issues.

Date:   April 25, 2011                     Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
GARY G. FRY
Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-00434 RMW |
| Plaintiff | ) ) | ORDER OF THE COURT RE STATUS HEARING AND DISCOVERY COMPLIANCE DATE |
| v. | ) ) | |
| NGUESSAN YAO, | ) ) | |
| Defendant | ) ) | |

Based on a stipulation by the United States and defendant Nguessan Yao, and for good cause shown, the court ORDERS as follows.

The status hearing set for Monday, April 25, 2011, is ordered taken off calendar, and a new status hearing is set for Monday, June 13, 2011 at 9:00 a.m.

The United States' previous motion for a continuance in the discovery cut off date, currently under submission with the court, is ordered GRANTED based on the stipulation of the parties. The new discovery compliance date is Monday May 30, 2011.

IT IS SO ORDERED.

Date:   6/2/11

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Court Judge