MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Fax:  (415) 436-7234
    E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00434 RMW |
|     Plaintiff, | ) ) ) | **[PROPOSED] SCHEDULING ORDER** |
| v. | ) ) | |
| NGUESSAN YAO, | ) ) | |
|     Defendant. | ) ) | |

    The United States, by and through its attorneys Ryan Fayhee and Elise Becker, and the defendant Nguessan Yao, by and through his attorneys Raymond Levites and Thomas Nolan, respectfully request that the pre-trial conference and trial date in the above captioned case be vacated and rescheduled as follows:

    1. The pre-trial conference is rescheduled to October 8, 2011, at 4~~2~~2 p.m.;

    2. The trial in rescheduled is rescheduled to October 17, 2011.

    The parties further request that time be excluded under the Speedy Trial Act between September 12, 2011, and October 17, 2011, for effective preparation of counsel.

///

1  The Court previously found the matter complex, and the parties submit that finding remains
2  appropriate at this time.
3
4  DATED: August 11, 2011                    Respectfully submitted,
5                                             MELINDA HAAG
                                              United States Attorney
6
                                                         /s/
7
8                                             _____
                                              Elise Becker
                                              Assistant United States Attorney
9  SO STIPULATED.
10 DATED: August 11, 2011
11
                                                         /s/
12                                            _____
                                              Raymond Levites
13                                            Counsel for Nguessan Yao
14
   DATED: August 11, 2011
15
16
                                                         /s/
17                                            _____
                                              Thomas Nolan
18                                            Counsel for Nguessan Yao
19
20
21
22
23
24
25
26
27 SCHEDULING ORDER
   CR 10-00434
28
                                              2

...

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the pre-trial conference and trial date in the case are vacated and rescheduled as follows: pre-trial conference on October 8, 2011, at 4:22 p.m. and trial on October 17, 2011.  The Court further finds that failing to exclude the time between September 12, 2011, and October 17, 2011, would unreasonably deny the parties reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 12, 2011, and October 17, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  In addition, the Court previously found the case complex.  18 U.S.C. § 3161(h)(7)(B)(ii).  Therefore, IT IS HEREBY ORDERED that the time between September 12, 2011, and October 17, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(ii) and (iv).

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the pre-trial conference and trial date in the case are vacated and rescheduled as follows: pre-trial conference on October 8, 2011, at 4:22 p.m. and trial on October 17, 2011.  The Court further finds that failing to exclude the time between September 12, 2011, and October 17, 2011, would unreasonably deny the parties reasonable time necessary for effective preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 12, 2011, and October 17, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  In addition, the Court previously found the case complex.  18 U.S.C. § 3161(h)(7)(B)(ii).  Therefore, IT IS HEREBY ORDERED that the time between September 12, 2011, and October 17, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(ii) and (iv).

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

SCHEDULING ORDER
CR 10-00434

3