UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

                                            Case No.CR-10-00434 RMW
                                            Hon. RONALD M. WHYTE

    v.

N'GUESSAN YAO

    *Defendant,*

**STIPULATED ORDER CORRECTING COURT RECORD**

Upon the stipulation of the parties that the appearances of attorneys Raymond Levites and Thomas Joseph Nolan were erroneously terminated by the clerk's entries in the court record; the parties having further stipulated that the appearance of attorney Guy Sohou is limited solely to his representation of the Government of Cote D'Ivoire as a claimant in the forfeiture proceedings set forth in the indictment and that attorney Sohou does not represent defendant N'guessan Yao; the parties having further stated that attorney Raymond Levites and attorney Thomas Nolan were and remain the attorneys for defendant N'guessan Yao; the parties having brought the clerical mistake in this matter to the court's attention;

1

**IT IS HEREBY ORDERED** that the court clerk shall correct the court record by restoring the listing of attorney Raymond Alan Levites and attorney Thomas Nolan, Jr. as attorneys for Defendant N'guessan Yao; and,

**IT IS FURTHER ORDERED** that the court clerk shall correct the record by removing attorney Sohou as counsel for defendant N'guessan Yao.

**IT IS FURTHER ORDERED** that attorney Sohou's appearance is limited to representing the government of Cote D'Ivoire in the forfeiture proceedings only.

Date:  FFBGFF

_____
**Hon. RONALD M. WHYTE**
United States District Court Judge

Stipulated to and Approved as to Form and content by:

\_\_\_\_/s/ Elise Becker_____
ELISE BECKER
Assistant United States Attorney        Dated: Monday, November 14, 2011
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
(415) 436-6878
Elise.becker@usdoj.gov


\_\_\_\_/s/Raymond Alan Levites
RAYMOND ALAN LEVITES
Levites and Associates, LLC        Dated: Monday, November 14, 2011
1251 Avenue of the Americas
Suite 920
New York, NY 10020
(212) 688-0500
leviteslaw@aol.com

2

\_\_\_/s/Thomas J. Nolan_____        Dated: Monday, November 14, 20111
THOMAS J. NOLAN
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980
tnolan@nablaw.com


\_\_\_\_/s/ Guy Sohou_____        Dated: Monday, November 14, 2011
Guy Sohou P-67842
Attorney for the Ivory Coast
(as to the forfeiture case only)
615 Griswold Suite 920
Detroit, MI 48226
(313) 964-1702
gsohou@sohoulaw.com